# Order

Michigan Supreme Court
Lansing, Michigan

July 28, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155380(44)

KERRI HUNTER OTTO, Next Friend of
BAILEY ANN MARIE NOBLE, Minor,
          Plaintiff-Appellee,

v

INN AT WATERVALE, INC.,
          Defendant-Appellant.
_____/

SC:  155380
COA:  330214
Benzie CC:  14-009969-NO

On order of the Chief Justice, the motion of the Heart of the Lakes Center for Land Conservation Policy to file a brief amicus curiae in support of the application for leave to appeal is GRANTED.  The amicus brief will be accepted for filing if submitted on or before August 18, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 28, 2017



Clerk